# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.  Criminal No. 11-CR-060-WMC

Karen C. Demain

### ORDER OF COURT

On December 2, 2011, defendant was sentenced to a 5-month term of imprisonment in case number 11-CR-60. At the time of the sentencing hearing, restitution was unable to be determined. On February 27, 2012, the court considered evidence from both parties and determined the restitution owed.

As to count one of the indictment, it is ordered that the defendant pay total restitution in the amount of **$20,472.72** to the Clerk of Court for the Western District of Wisconsin, beginning with nominal monthly payments and disbursements as indicated in the presentence report.

Defendant shall notify the court and the Attorney General of any material change in defendant's economic circumstances that might affect defendant's ability to pay restitution.

In all other respects, the judgment remains as entered on December 2, 2011.

Dated this 28th day of February, 2012.

William M. Conley
Chief United States District Judge