IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,                                    ORDER

v.
                                              Case No. 11-cr-60-wmc

KAREN DEMAIN,

Defendant.

The defendant in the above-entitled case has been:

_____X_____    convicted of the charge against him and no appeal is pending.
                 Therefore, it is directed that the passport be transferred to the State
                 Department.

                 The State Department is not to reissue a passport without approval of U.S.
                 Probation.

_____   convicted of the charge against him and no appeal is pending. Therefore,
                 it is directed that the passport be transferred to the INS Regional Office,
                 Milwaukee, Wisconsin.

_____   acquitted of the charge against him and/or the charge against him has been
                 dismissed. Therefore, it is directed that the passport be returned to the
                 defendant or his authorized representative.

_____   Defendant deceased. Therefore, it is directed that the passport be returned
                 to the State Department.

Date :____9-9-12_____.


                                          BY THE COURT:

                                          _____
                                          STEPHEN L. CROCKER
                                          Magistrate Judge


cc:    USA, Defense Atty, USPO